UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELMER KELLAR | CIVIL ACTION |
| VERSUS | NO. 21-2045 |
| UNION PACIFIC RAILROAD COMPANY | SECTION S(4) |

## AMENDED SCHEDULING ORDER

A Scheduling Conference was held March 3, 2023.

Participating were:    Joseph Miller, Benjamin Saunders, John Parker, Jr. for Plaintiff
Bradley Belsome, Crystal Domreis for Defendant

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs fully setting forth all matters about which they will testify, and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **AUGUST 2, 2023**.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants fully setting forth all matters about which they will testify, and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **SEPTEMBER 1, 2023**.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **OCTOBER 2, 2023**.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Depositions for trial use shall be taken and all discovery shall be completed no later than **OCTOBER 2, 2023**.

This case does involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal and Local Rules of this Court.

All pretrial motions, including motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit a submission date no later than **OCTOBER 4, 2023**. All motions filed in violation of this Order shall be deemed waived unless good cause is shown. All other motions in limine shall be allowed to be filed up to the time of trial or as otherwise ordered by the Court

A settlement conference before the Magistrate Judge should be scheduled and held no later than **NOVEMBER 16, 2023**.

A Final Pretrial Conference will be held on **THURSDAY, NOVEMBER 30, 2023 at 2:00 p.m.** Counsel will be prepared in accordance with the final Pretrial Notice attached.

Trial will commence on **MONDAY, DECEMBER 11, 2023 at 9:00 a.m.** before the District Judge with a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last seven (7) days.

*If needed during trials, counsel are invited to use the Michaelle Pitard Wynne Attorney Conference Center located in Room B-245 on the second floor of the Hale Boggs Federal Building near the crossover to the Courthouse. The space features three private conference rooms, a lounge, and a computer workroom with internet, copy, fax and print services. Details and*

*information on these services including conference room reservations can be found at http://nofba.org or by contacting Amanda T. Kaiser, Executive Director at 504-589-7990 or fbaneworleans@gmail.com.*

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

Issued for the Court:

By:   Courtney Ancar
      Case Manager
      504-589-7715